**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CANDRA CLARK**                                                                                  **PLAINTIFF**

**v.**                                                                          **No. 3:21-cv-00219-MPM-RP**

**CHRIS MCALLISTER**                                                                      **DEFENDANT**

**ORDER**

Candra Clark has submitted a document that the court construes as a *pro se* prisoner complaint

filed under 42 U.S.C. § 1983.   The plaintiff has not, however, used the court's standard form for such

complaints.   The court uses these forms for the expeditious administration of § 1983 cases.   As such,

the plaintiff must complete and return the enclosed form within 21 days.   Failure to do so may lead to

the dismissal of this case without prejudice.

**SO ORDERED**, this, the 1st day of November, 2021.


/s/ Roy Percy
**ROY PERCY**
**UNITED STATES MAGISTRATE JUDGE**