IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CANDRA CLARK**     **PLAINTIFF**

v.     No. 3:21CV219-RP

**WARDEN CHRIS MCALLISTER**
**SHERIFF KARL GILLARD**
**CHANCERY COURT JUDGE ROBERT Q. WHITWELL**     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 13th day of July, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE